FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK NOVASIO and KAREN NOVASIO,<br><br>        Plaintiffs,<br><br>        v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN,<br><br>        Defendant. | No. 2:25-CV-00123-SAB<br><br>**ORDER GRANTING MOTION TO STAY CASE** |

Before the Court are the parties' Stipulated Motion to Stay Action, ECF No. 34, and related Motion to Expedite, ECF No. 35. Plaintiffs are represented by Charles P. Pearson. Defendant is represented by Joanne T. Blackburn and Michael C. Orehek. The Motions were considered without oral argument.

In the Stipulated Motion, the parties request the Court stay all pending deadlines and hearings in the above-captioned matter while they engage in an agreed-upon appraisal process.

The Court finds good cause to grant the Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.     The parties' Stipulated Motion to Stay Action, ECF No. 34, and related Motion to Expedite, ECF No. 35, are **GRANTED**.

**ORDER GRANTING MOTION TO STAY CASE * 1**

2.     The above-captioned matter is **STAYED** until **August 14, 2026**, or until the parties terminate the informal process, whichever occurs first. At that time, the parties shall file a joint status report indicating how they wish to proceed.

3.     All pending deadlines and hearing dates are **STRICKEN**.

4.     Plaintiffs' Motion for Reconsideration, ECF No. 31, is **STRICKEN** with leave to refile after the stay is lifted.

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to file this Order and provide copies to counsel.

**DATED** this 27th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO STAY CASE * 2**