FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK NOVASIO and KAREN NOVASIO,<br>Plaintiffs,<br>v.<br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN,<br>Defendant. | No. 2:25-CV-00123-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 38. Plaintiffs are represented by Charles P. Pearson. Defendant is represented by Joanne T. Blackburn and Michael C. Orehek.

The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 38, is **GRANTED**.

//

//

2. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney’s fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 18th day of September 2026.

Stan Bastian
Chief United States District Judge